**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LANCE REYNOLDS, et al.,

        Plaintiffs,

vs.                              Case No.  3:08-cv-388-J-32TEM

CITY OF JACKSONVILLE,

        Defendant.

_____

<u>**ORDER**</u>

    This case is before the Court on Plaintiff's Notice Of Settlement.  (Doc. 55.)  Because this case was brought under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, the Court must make a finding that any settlement of the case represents "a fair and reasonable resolution of a bona fide dispute over the Act's provisions" after "scrutinizing the settlement for fairness." <u>Lynn's Food Stores, Inc. v. Depot of Labor</u>, 679 F.2d 1350, 1353, 1355 (11th Cir. 1982); <u>see</u> <u>also</u> <u>Silva v. Miller</u>, 307 F. App'x 349, 351 (11th Cir. 2009).   Accordingly, it is hereby

    **ORDERED**:

    The parties shall have until **July 28, 2010** to file settlement documents in order to enable the undersigned to review the settlement to determine whether, under the Fair Labor Standards Act, the settlement represents "a fair and reasonable resolution of a bona fide dispute" over provisions of the Fair Labor Standards Act. <u>Lynn's Food Stores, Inc.</u>, 679 F.2d at 1355.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of June, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

jmm.
Copies to:
Counsel of Record